NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DERRICK MICHAEL ALLEN, SR.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2021-1808

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00570-TMD, Judge Thompson M. Dietz.

Before NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*.

PER CURIAM.

### O R D E R

As the United States Court of Federal Claims explained in its decision in this case, Mr. Allen's claims did not raise a question over which the court has jurisdiction, and consequently the court dismissed Mr. Allen's complaint.  On appeal here, Mr. Allen has not pointed to any error in the court's reasoning, and because we perceive no error in the dismissal of Mr. Allen's complaint, we affirm the final judgment of the Court of Federal Claims.

Accordingly,

2                                                                                          ALLEN v. US

IT IS ORDERED THAT:

The final decision of the United States Court of Federal Claims is hereby affirmed.

FOR THE COURT

August 4, 2021                          /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court